Nathanael VAUGHN, aka E. Vaughn,

v.

UNITED STATES of America.

No. 5647.

United States Court of Appeals
Tenth Circuit.

June 10, 1957.

James C. Perrill, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute the same.

The LUCKY LAGER BREWING CO. OF
SAN FRANCISCO

v.

FISHER BREWING COMPANY.

No. 5624.

United States Court of Appeals
Tenth Circuit.

June 25, 1957.

Ray, Quinney & Nebeker, Salt Lake City, Utah, and Russell Shearer, San Francisco, Cal., for appellant.

Rawlings, Wallace & Black, Salt Lake City, Utah, and Joseph L. Alioto, San Francisco, Cal., for appellee.

Before BRATTON, Chief Judge.

Remanded to the said district court for further proceedings pursuant to stipulation of the parties.

Mary RODRIGUEZ et al. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, Jean S. Breitenstein, Judge.

No. 5648.

United States Court of Appeals
Tenth Circuit.

June 11, 1957.

Arthur E. Ryman, Jr., Englewood, Colo., for petitioners.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Petition for writ of prohibition denied.

PRAIRIE VILLAGE PAY-LESS, Inc.,

v.

Stella LONG.

No. 5645.

United States Court of Appeals
Tenth Circuit.

July 16, 1957.

Henry W. Buck, Kansas City, Mo., and N. E. Snyder, Kansas City, Kan., for appellant.

Edward E. Schmitt, Kansas City, Mo., and Harley V. Haskin, Olathe, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Dismissed on motion of appellee.